OPINION — AG — (1) 61 O.S. 1961 21-48 [61-21] — [61-48], ARE LIMITED IN APPLICATION TO CONTRACTS AUTHORIZED BY ARTICLE X, SECTION31 OF THE OKLAHOMA CONSTITUTION. (2) 61 O.S. 1961 22 [61-22], 61 O.S. 1961 23 [61-23], 61 O.S. 1961 24 [61-24], 61 O.S. 1961 29 [61-29] AS AMENDED IN 1965, WERE NOT CONVERTED INTO GENERAL LAW. CITE: 74 O.S. 1961 85.7 [74-85.7], 74 O.S. 1961 85.1-90.4 [74-85.1] — [74-90.4], 61 O.S. 1967 Supp., 22 [61-22], 74 O.S. 1967 Supp., 85.7 [74-85.7], 61 O.S. 1961 1 [61-1] (BRIAN UPP)